UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASCO CONTRACTORS SERVICES WEST INC., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> NEW HAMPSHIRE INSURANCE CO., et al., <br><br> Defendant(s). | No. C04-4183 MJJ (BZ) <br><br> ORDER RE OVERDUE PAPERS |

TO: Plaintiff(s)/Defendant(s) and their attorneys of record:

On March 11, 2005, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for September 1, 2005. Your statement was due August 25, 2005. It was not received by chambers.

It is hereby **ORDERED** that if a statement is not lodged by the noon tomorrow, plaintiff(s)/defendant(s) and their attorney(s) of recored will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: August 30, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

1