```
MARC S. HINES (SBN 140065)
MICHELLE L. CARDER (SBN 174481)
HINES SMITH
3080 Bristol Street
Suite 540
Costa Mesa, California 92626
Tel.: (714) 513-1122
Fax: (714) 513-1123
```

Attorneys for Masco Contractors Services West, Inc., a California corporation and Coast Insulation Contractors, Inc., a California corporation

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASCO CONTRACTORS SERVICES WEST, INC., a California corporation and COAST INSULATION CONTRACTORS, INC., a California corporation<br><br>Plaintiffs,<br><br>vs.<br><br>NEW HAMPSHIRE INSURANCE COMPANY, a New Hampshire corporation, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania corporation<br><br>Defendants. | CASE NO.: 04-04183 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE AS TO DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br><br>Settlement Conference: August, 2005<br>Pretrial Conference Date: Sept. 27, 2005<br>Trial Date: October 11, 2005 |

Plaintiffs MASCO CONTRACTORS SERVICES WEST, INC., and COAST INSULATION CONTRACTORS, INC. ("Plaintiffs") and Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. ("Defendant") hereby agree and stipulate, through their counsel of record, that the above-captioned action be and hereby is dismissed, without prejudice, as to Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., pursuant to the Court's request and FRCP 41(a)(1). At the Court's request, this matter is being dismissed without prejudice, with the option of being re-filed by Plaintiffs.

- 1 -

```
 1 | IT IS SO STIPULATED:
 2 | Dated: August 5, 2005                    HINES SMITH
                                              MARC S. HINES
 3 |                                          MICHELLE L. CARDER
```

*[signature: Marc S. Hines]*

Marc S. Hines
Attorneys for Plaintiffs
Masco Contractors Services West, Inc.,
Coast Insulation Contractors, Inc.

Dated: August 5, 2005                    MCCURDY & FULLER
                                         VANCI Y. FULLER

*[signature]*

Vanci Y. Fuller
Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, PA.

**PURSUANT TO STIPULATION, IT IS ORDERED** as follows:

This action is hereby dismissed without prejudice as to Defendant NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.

9/6/2005

*[signature: Martin J. Jenkins]*

Martin J. Jenkins
United States District Judge

- 2 -