```
 1  MARC S. HINES (SBN 140065)
    MICHELLE L. CARDER (SBN 174481)
 2  HINES SMITH
    3080 Bristol Street
 3  Suite 540
    Costa Mesa, California 92626
 4  Tel.: (714) 513-1122
    Fax: (714) 513-1123
 5
 6  Attorneys for Masco Contractors Services West, Inc., a California corporation and
    Coast Insulation Contractors, Inc., a California corporation
 7
 8
                        UNITED STATED DISTRICT COURT
 9
                       NORTHERN DISTRICT OF CALIFORNIA
10
```

| | | |
|---|---|---|
| 11 | MASCO CONTRACTORS SERVICES WEST, INC., a California corporation and COAST INSULATION CONTRACTORS, INC., a California corporation | CASE NO.: 04-04183 MJJ |
| 12 | | STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION AS TO DEFENDANT NEW HAMPSHIRE INSURANCE COMPANY ONLY |
| 13 | | |
| 14 | Plaintiffs, | |
| 15 | vs. | |
| 16 | NEW HAMPSHIRE INSURANCE COMPANY, a New Hampshire corporation, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania corporation | Settlement Conference: August, 2005<br>Pretrial Conference Date: Sept. 27, 2005<br>Trial Date: October 11, 2005 |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |
| 20 | | |

```
21      Plaintiffs MASCO CONTRACTORS SERVICES WEST, INC., and COAST
22  INSULATION CONTRACTORS, INC. ("Plaintiffs") and Defendants NEW
23  HAMPSHIRE INSURANCE COMPANY and NATIONAL UNION FIRE
24  INSURANCE COMPANY OF PITTSBURGH, PA. ("Defendants") hereby agree
25  and stipulate, through their counsel of record, that the above-captioned action be and
26  hereby is dismissed as to Defendant NEW HAMPSHIRE INSURANCE COMPANY
27  ////
28  ////
```

- 1 -
STIPULATION TO DISMISS NEW HAMPSHIRE
CASE NO. 04-04183 MJJ

ONLY, with prejudice, pursuant to FRCP 41(a)(1).

IT IS SO STIPULATED:

Dated: June 30, 2005

MARC S. HINES
MICHELLE L. CARDER

*/s/ Marc S. Hines*

Attorneys for Plaintiffs
Masco Contractors Services West, Inc.,
Coast Insulation Contractors, Inc.

Dated: June 30, 2005

HARRY GRIFFITH
BRANSON, BRINKOP, GRIFFITH &
STRONG LLP

*/s/*

Attorneys for Defendant
New Hampshire Insurance Company

Dated: June 30, 2005

MARY P. MCCURDY
MCCURDY & BROWN

_____
Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, PA.

**PURSUANT TO STIPULATION, IT IS ORDERED** as follows:

This action is hereby dismissed with prejudice as to Defendant NEW HAMPSHIRE INSURANCE COMPANY ONLY.

9/6/2005

*/s/ Martin J. Jenkins*

Martin J. Jenkins
United States District Judge

- 2 -

STIPULATION TO DISMISS NEW HAMPSHIRE
CASE NO. 04-04183 MJJ

1 | ONLY, with prejudice, pursuant to FRCP 41(a)(1).
2 | IT IS SO STIPULATED:
3 | Dated: June 30, 2005     MARC S. HINES
4 |     MICHELLE L. CARDER

_____

Attorneys for Plaintiffs
Masco Contractors Services West, Inc.,
Coast Insulation Contractors, Inc.

Dated: June 30, 2005     HARRY GRIFFITH
    BRANSON, BRINKOP, GRIFFITH &
    STRONG LLP

_____

Attorneys for Defendant
New Hampshire Insurance Company

Dated: August ~~June~~ 30, 2005     MARY P. MCCURDY
    MCCURDY & BROWN

_____

Attorneys for Defendant
National Union Fire Insurance
Company of Pittsburgh, PA.

**PURSUANT TO STIPULATION, IT IS ORDERED** as follows:

This action is hereby dismissed with prejudice as to Defendant NEW HAMPSHIRE INSURANCE COMPANY ONLY.

Martin J. Jenkins
United States District Judge

- 2 -